**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**
August 03, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

| | | |
|---|---|---|
| **DON DAVID DEL GRANDE,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **NO. SA-24-CV-01084-OLG-HJB** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | § | |
| **Defendant.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed July 1, 2026, concerning the parties' motions for summary judgment. (*See* Dkt. No. 41.)

The parties, through counsel, were electronically served with a copy of the R&R on July 2, 2026, and the time to object has passed. *See* FED. R. CIV. P. 72(b)(2) (providing that objections must be filed within 14 days after service of the R&R). Because no party filed objections, the Court has reviewed the R&R for clear errors and finds none. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.").

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 41) and, for the reasons set forth therein, Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 26) is **DENIED**; Defendant's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**; and Plaintiff's breach-of-contract claim is **DISMISSED**.

It is so **ORDERED**.

**SIGNED** on August 3, 2026.

ORLANDO L. GARCIA
United States District Judge